Wendy B. Pfau, SBN: 257215
**POTTER, COHEN, SAMULON & PADILLA**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile: (626) 795-0725
E-mail: wpfau@pottercohenlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUDY LYNN PITSCHMANN, <br><br> Plaintiff, <br> vs. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant | Case No.: 2:20-cv-06002-ADS <br><br> {PROPOSED} **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses. There are no costs under 28 U.S.C. § 1920.

**IT IS ORDERED** that the Commissioner shall pay the amount of $5,620.44 (Five Thousand Six Hundred Twenty Dollars and Forty-Four Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: 05/17/2021  /s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

-1-